

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:     TheraSource, LLC, Tyson Lin, and Christine L. Lin v.
Houston Occupational Therapy, PLLC

Appellate case number:    01-19-00877-CV

Trial court case number:    2019-30261

Trial court:     190th District Court of Harris County

Appellee, Houston Occupational Therapy, PLLC, has filed an objection to this Court's memorandum order of referral to mediation. Appellee's objection was filed within 10 days of the Court's order, and it states a reasonable basis for the objection to mediation. *See* TEX. CIV. PRAC. & REM. CODE § 154.022(b), (c). Accordingly, we **withdraw** our December 6, 2019 Memorandum Order of Referral to Mediation.

Appellants, TheraSource, LLC, Tyson Lin, and Christine L. Lin, have filed their first motion to extend time in this accelerated appeal, seeking a 45-day extension. Appellee filed a response in opposition, and appellants filed a reply. We **grant** in part appellants' motion, and extend appellants' briefing deadline to January 10, 2020.

**No further extensions will be granted absent extraordinary circumstances.**

It is so ORDERED.


Judge's signature:    /s/ Evelyn V. Keyes
                  ☑ Acting individually    ☐ Acting for the Court


Date:    December 17, 2019